IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALEX T. BRANCH                                                            PLAINTIFF

V.                                                    NO. 4:09CV110-P-A

HENRY MAXWELL, et al.                                     DEFENDANTS

## **ORDER**

In accordance with the opinion issued this day, Plaintiff's motion for temporary restraining order (docket entry 46) is DENIED.

**IT IS SO ORDERED.**

THIS the 31st day of August, 2010.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE